UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JASMINE MATTOON,
Plaintiff,
v.
INTUIT INC.,
Defendant.

Case No. 26-cv-01219-VKD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 30

The docket reflects that the parties have settled this matter. Dkt. No. 30. Accordingly, all pending deadlines and appearances are vacated. On or before **September 21, 2026**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **October 6, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **September 29, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California